**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
Alicia.Gonzalez@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

August 17, 2026

**Via Electronic Filing**
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** ***Narvaez Rincon v. Blanche*, No. 26-10213 (SDW)**
**Confirmation of Petitioner's Release**

Dear Judge Wigenton:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 7:20 p.m., on August 14, 2026, under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to quickly resolve the issue without the need for judicial intervention. If attempts to meet and confer fail, we will promptly file a letter on the docket.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: August 18, 2026
The Clerk shall CLOSE this matter as Petitioner has been released (ECF No. 5).

cc: All counsel of record (via ECF)